UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The Estate of John L. McIntyre by its Co-Administrators, Emily McIntyre and Christopher McIntyre<br>    Plaintiffs<br><br>v.<br><br>United States of America, et al.<br><br>    Defendants | )<br>)<br>)<br>)<br>)  Civil Action No.: 01-10408-RCL<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

Under Rules 54(b) and 58 of the Federal Rules of Civil Procedure, final judgment is hereby entered in connection with the above-captioned action, against plaintiffs and in favor of the United States on all counts brought against the United States under the Federal Tort Claims Act, to wit, Counts I, II, III, IV, V and VI of the Complaint.

No costs or fees to any party.

TONY ANASTAS
CLERK OF COURT

Dated: 5/12/03

By: _____
/Deputy Clerk

