UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The Estate of John L. McIntyre,  )  <br>   )  <br>   Plaintiff,  )  <br>   v.   )   Civil Action No. 01-10408-WGY <br>   )  <br> United States of America,  )  <br>   )  <br>   Defendant.  )  <br>   ) | |

### NOTICE OF SETTLEMENT

Now comes defendant United States of America, through undersigned counsel, and hereby notifies this Honorable Court that the parties to the above-captioned matter have executed an agreement settling the remaining dispute between them. Pursuant to that agreement, the parties have filed in the court of appeals a Joint Dismissal Agreement under Rule 42(b) of the Federal Rules of Appellate Procedure seeking dismissal of their pending appeals in this case, appeal numbers 11-1018 and 11-1019.

                                                  Respectfully submitted,

                                                  TONY WEST
                                                  Assistant Attorney General

Dated: January 20, 2012              /s Jonathan H. Levy
                                                  JONATHAN H. LEVY
                                                  (202) 353-0169
                                                    Attorney, Appellate Staff
                                                    Civil Division
                                                    Department of Justice
                                                    950 Pennsylvania Ave., NW, Rm. 7231
                                                    Washington, D.C. 20530

                                                 Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Settlement was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

DATED: January 20, 2012

/s Jonathan H. Levy
JONATHAN H. LEVY
(202) 353-0169
  Attorney, Appellate Staff
  Civil Division
  Department of Justice
  950 Pennsylvania Ave., NW, Rm. 7231
  Washington, D.C. 20530