# United States Court of Appeals
## For the First Circuit

No. 11-1018

EMILY MCINTYRE, as Administrator of the Estate of John L. McIntyre;
CHRISTOPHER MCINTYRE, in his capacity as Co-Administrator
of the Estate of John L. McIntyre

Plaintiffs - Appellees/Cross-Appellants

v.

UNITED STATES

Defendant - Appellant/Cross-Appellee

-------------------------------------------

H. PAUL RICO, ET AL

Defendants

No. 11-1019

EMILY MCINTYRE, as Administrator of the Estate of John L. McIntyre;
CHRISTOPHER MCINTYRE, in his capacity as Co-Administrator of the Estate of John L.
McIntyre

Plaintiffs - Appellants/Cross-Appellants

v.

UNITED STATES

Defendant - Appellee/Cross-Appellee

----------------------------------

H. PAUL RICO, ET AL

Defendants

**MANDATE**

Entered: January 20, 2012

        In accordance with the judgment of January 20, 2012, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Edward Berkin
Thomas Mark Bondy
Richard E. Bowman
Douglas Scott Brooks
Kate Miller Brown
Katherine A. Carey
Dina Michael Chaitowitz
William E. Christie
Eric Paul Christofferson
Earle C. Cooley
Frank C. Corso
Albert F. Cullen Jr.
Jeffrey A. Denner
Ann M. Donovan
James Patrick Duggan
Lawrence Eiser
Michael K. Fee
Brian P. Fitzsimmons
Stephen J. Flemmi
George L. Garfinkle
Peter E. Gelhaar
Christine Marie Genaitis
Robert Albert George Sr.
Steven M. Gordon
Paul J. Griffin
Edward T. Hinchey
Michael Anton Laurano
Mary McElroy Leach
Jonathan Heuer Levy
Frank Albert Libby
Bridget Bailey Lipscomb
Edward J Lonergan
Douglas I. Louison

Joseph J. Machera
A. Douglas Matthews
Dean A. Mazzone
James P. McDonald
Christopher T. Meier
Richard Montague
John M. Morris
E. Peter Mullane
Stephen Neyman
E. Peter Parker
Peter J. Perroni
Stephen C. Pfaff
Edward M. Reilly
Alan D. Rose Sr.
James W. Simpson Jr.
Thomas C. Tretter
Tory A. Weigand